District Judge Tiffany M. Cartright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J.M.,<br><br>Plaintiff,<br>v.<br><br>MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,<br><br>Defendants. | Case No. 2:26-CV-05295-TMC<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND FOR INITIAL DISCOVERY DEADLINES<br><br>Noted for Consideration:<br>June 9, 2026 |

**JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this Stipulation under Local Civil Rule 10(g), asking the Court to extend the deadlines for the filing of Defendants' Answer or other response to Plaintiff's Complaint by 60 days, until August 17, 2026 (the 60th day falls on Sunday, August 16, 2026), and to extend the deadlines for initial discovery under Fed. R. Civ. P. 26 and filing their Joint Status Report.

Plaintiff filed her Complaint on March 30, 2026. She served the U.S. Attorney's Office with the Summons and Complaint on April 17, 2026, making the Answer due June 16, 2026. The Parties have agreed to extend the Answer deadline until August 17, 2026, because Defendants intend to adjudicate Plaintiff's I-589 Application for asylum by that date, absent



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

extraordinary circumstances. Therefore, the Parties submit there is good cause for a 60-day extension of Defendants' time to respond to the Complaint and stipulate to extend that deadline until August 17, 2026. The Parties also stipulate to extend the early discovery deadlines so that they fall after the extended Answer deadline, as follows:

- Deadline for Rule 26(f) conference: August 31, 2026
- Deadline for Rule 26(a)(1) initial disclosures: September 8, 2026
- Deadline to file Rule 26(f) Joint Status Report and Discovery Plan: September 14, 2026

**SO STIPULATED.**

DATED June 9, 2026.

Respectfully submitted,

*s/ Kyle A. Forsyth*
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 214 words, in compliance with the Local Civil Rules.

*/s/ Tim Warden-Hertz*
TIM WARDEN-HERTZ, WSBA No. 53042
Northwest Immigrant Rights Project
2209 N. Pearl St., Suite 200
Tacoma, WA 98406
Phone: 206-659-7675
Fax: 253-383-0111
Email: Tim@nwirp.org

*/s/ Christopher Strawn*
CHRISTOPHER STRAWN, WSBA No. 32243
Northwest Immigrant Rights Project
615 Second Ave., Suite 400
Seattle, WA 98104
Tel. 206-957-8628
Fax. 206-587-4025
Email: Chris@nwirp.org

*Attorneys for Plaintiffs*

**ORDER**

It is hereby ORDERED that the parties' Stipulated Motion is GRANTED. Defendants shall file their Answer or other response to the Complaint by August 17, 2026. Further, the deadlines stated in the Court's Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions, and Early Settlement [ECF No. 6], are hereby extended as stated in the above Stipulated Motion.

DATED this 10th day of June 2026.

HON. TIFFANY M. CARTRIGHT
United States District Court Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970