District Judge Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J.M.,<br><br>Plaintiff,<br>v.<br><br>MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,<br><br>Defendants. | Case No. 3:26-CV-05295-TMC<br><br>SECOND STIPULATED MOTION AND ORDER TO<br>EXTEND TIME TO RESPOND TO COMPLAINT AND FOR INITIAL DISCOVERY DEADLINES<br><br>Noted for Consideration:<br>August 13, 2026 |

**JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this Stipulation under Local Civil Rule 10(g), asking the Court to extend the deadlines for the filing of Defendants' Answer or other response to Plaintiff's Complaint to October 19, 2026, and to extend the deadlines for initial discovery under Fed. R. Civ. P. 26 and filing their Joint Status Report.

The Court previously approved the parties' Stipulation to extend the Answer deadline to August 17, 2026, to allow Defendants time to adjudicate Plaintiff's I-589 Application for Asylum. Since then, Defendants determined they need to re-interview Plaintiff. The re-interview is scheduled for August 19, 2026. Accordingly, the parties' ask the Court to extend the Answer deadline to October 19, 2026, which is 60 days after the re-interview date (the 60th day



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

falls on Sunday, October 18). Defendants agree to work diligently to adjudicate Plaintiff's asylum application by October 19, 2026, absent unforeseen or exceptional circumstances that would require additional time.

Therefore, the Parties submit there is good cause to extend Defendants' time to respond to the Complaint and stipulate to extend that deadline until October 19, 2026. The Parties also stipulate to extend the early discovery deadlines so that they fall after the extended Answer deadline, as follows:

- Deadline for Rule 26(f) conference: November 2, 2026
- Deadline for Rule 26(a)(1) initial disclosures: November 9, 2026
- Deadline to file Rule 26(f) Joint Status Report and Discovery Plan: November 16, 2026

**SO STIPULATED.**

DATED August 13, 2026.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Respectfully submitted,

*s/ Kyle A. Forsyth*
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 214 words, in compliance with the Local Civil Rules.

*/s/ Christopher Strawn*
CHRISTOPHER STRAWN, WSBA No. 32243
Northwest Immigrant Rights Project
615 Second Ave., Suite 400
Seattle, WA 98104
Tel. 206-957-8628
Fax. 206-587-4025
Email: Chris@nwirp.org

TIM WARDEN-HERTZ, WSBA No. 53042
Northwest Immigrant Rights Project
2209 N. Pearl St., Suite 200
Tacoma, WA 98406
Phone: 206-659-7675
Fax: 253-383-0111
Email: Tim@nwirp.org

*Attorneys for Plaintiffs*

**ORDER**

It is hereby ORDERED that the parties' Second Stipulated Motion is GRANTED. Defendants shall file their Answer or other response to the Complaint by October 19, 2026. Further, the deadlines stated in the Court's Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions, and Early Settlement [ECF No. 6], are hereby extended as stated in the above Stipulated Motion.

DATED this 17th day of August 2026.

HON. TIFFANY M. CARTWRIGHT
United States District Court Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970