District Judge Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

J.M.,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,

Defendants.

Case No. 3:26-CV-05295-TMC

THIRD STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND FOR INITIAL DISCOVERY DEADLINES

Noted for Consideration:
October 16, 2026

## JOINT STIPULATION

The Parties, through undersigned counsel, jointly file this Stipulation under Local Civil Rule 10(g), asking the Court to extend the deadline for the filing of Defendants' Answer or other response to Plaintiff's Complaint to November 3, 2026, and to extend the deadlines for initial discovery under Fed. R. Civ. P. 26 and filing their Joint Status Report.

The Court previously approved the parties' Stipulations to extend the Answer deadline to August 17, 2026, and then to October 19, 2026, to allow Defendants time to adjudicate Plaintiff's I-589 Application for Asylum. Defendants re-interviewed Plaintiff on August 19, 2026, but still await the completion of certain background checks that must be performed by other government agencies. As such, Defendants will not adjudicate Plaintiff's asylum

application by October 19, as they had hoped, but are working to complete the adjudication process. Accordingly, the parties' ask the Court to extend the Answer deadline by 15 days, to November 3, 2026.

The Parties also stipulate to extend the early discovery deadlines so that they fall after the extended Answer deadline, as follows:

- Deadline for Rule 26(f) conference: November 17, 2026
- Deadline for Rule 26(a)(1) initial disclosures: November 24, 2026
- Deadline to file Rule 26(f) Joint Status Report and Discovery Plan: December 1, 2026

**SO STIPULATED.**

DATED October 16, 2026.

Respectfully submitted,

*s/ Kyle A. Forsyth*
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 212 words, in compliance with the Local Civil Rules.

*/s/ Christopher Strawn*
CHRISTOPHER STRAWN, WSBA No. 32243
Northwest Immigrant Rights Project
615 Second Ave., Suite 400
Seattle, WA 98104
Tel. 206-957-8628
Fax. 206-587-4025
Email: Chris@nwirp.org

TIM WARDEN-HERTZ, WSBA No. 53042
Northwest Immigrant Rights Project
2209 N. Pearl St., Suite 200
Tacoma, WA 98406
Phone: 206-659-7675
Fax: 253-383-0111
Email: Tim@nwirp.org

*Attorneys for Plaintiffs*

**ORDER**

It is hereby ORDERED that the parties' Third Stipulated Motion is GRANTED. Defendants shall file their Answer or other response to the Complaint by November 3, 2026. Further, the deadlines stated in the Court's Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions, and Early Settlement [ECF No. 6], are hereby extended as stated in the above Stipulated Motion.

DATED this 19th day of October 2026.

HON. TIFFANY M. CARTWRIGHT
United States District Court Judge